JS-6

FILED
CLERK, U.S. DISTRICT COURT
4/19/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| JAMES RUTHERFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FASONTRAN HOLDINGS, INC. and DOES 1–10,<br><br>　　　　Defendants. | Case No.: SACV 21-00220-CJC (DFMx)<br><br>JUDGMENT |

//
//
//
//
//
//

-1-

1  This matter came before the Court on Plaintiff's motion for default judgment. On
2  April 19, 2021, the Court granted Plaintiff's motion in substantial part. In accordance
3  with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of
4  Plaintiff for (1) injunctive relief requiring Defendant to provide ADA-compliant parking
5  and paths of travel to the store's entrance, and (2) attorneys' fees and costs of $1,513.00.

DATED: April 19, 2021

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE